FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 03 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00851-BNB

TANYA MARIE HAYES,

    Applicant,

v.

DONNA ZAVISLAN, Warden, DWCF,

    Respondent.

---

ORDER DIRECTING APPLICANT TO FILE AMENDED PLEADING

---

Applicant, Tanya Marie Hayes, is a prisoner in the custody of the Colorado Department of Corrections (DOC) and is currently incarcerated at the Denver Women's Correctional Facility. Ms. Hayes initiated this action by filing a *pro se* Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. She has been granted leave to proceed pursuant to 28 U.S.C. § 1915.

The Court must construe the Application liberally because Ms. Hayes is not represented by an attorney. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not be an advocate for a *pro se* litigant. *See Hall*, 935 F.2d at 1110.

The Court has reviewed the Application filed by Ms. Hayes and finds that it is deficient. As background for her claims, Ms. Hayes asserts that she "self-revoked" her parole on December 9, 2009. Application at 3. She alleges that, after her return to the

custody of the DOC, prison officials failed to credit her sentence with 122 days of pre-sentence confinement credit, and that 150 days were incorrectly added to the end of her sentence. *Id.* at 3-4. Ms. Hayes asserts claims for violations of her due process rights. She also asserts that she has been subjected to cruel and unusual punishment in violation of her Eighth Amendment right because she has been subjected to restrictive housing, loss of privileges and unconstitutional searches. *Id.* at 4-5. As relief, Ms. Hayes seeks release from custody in addition to monetary damages.

Ms. Hayes' claims that call into the question the execution of her sentence, by alleging that the DOC incorrectly calculated her pre-sentence confinement credit, are properly asserted pursuant to 28 U.S.C. § 2241. **See *Montez v. McKinna*,** 208 F.3d 862, 865 (10th Cir. 2000). However, to the extent Ms. Hayes is asserting that the conditions of her confinement violate her constitutional rights, these claims must be asserted in a separate action brought pursuant to 42 U.S.C. § 1983. **See, e.g., *Richards v. Bellmon*,** 941 F.2d 1015, 1018 (10th Cir. 1991); **see also *Boyce v. Ashcroft*,** 251 F.3d 911, 914-18 (10th Cir. 2001) (noting that challenges on prison decisions to transfer a prisoner to segregation are conditions of confinement cases). Further, Ms. Hayes may not seek monetary damages in a habeas corpus action.

Therefore, Ms. Hayes will be directed to file an amended pleading on the proper form if she wishes to pursue her claims challenging the execution of her sentence. Ms. Hayes is warned that she may not assert any claims challenging the conditions of her confinement in a § 2241 action, and that the Court will not consider the merits of any civil rights claims in this habeas corpus proceeding. Accordingly, it is

ORDERED that Ms. Hayes file an amended pleading on the proper form **within thirty (30) days from the date of this order.** It is

FURTHER ORDERED that the clerk of the court mail to Ms. Hayes, together with a copy of this order, two copies of the following form: Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. It is

FURTHER ORDERED that if Ms. Hayes fails within the time allowed to file an amended pleading as directed, the action will be dismissed without further notice.

DATED at Denver, Colorado, this 3rd day of May, 2011.

BY THE COURT:

*s/Craig B. Shaffer*
CRAIG B. SHAFFER
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00851-BNB

Tanya M Hayes
Prisoner No. 92842
Denver Women's Correctional Facility
PO Box 392005
Denver, CO 80239

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. §2241 form** to the above-named individuals on May 3, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk